FILED
2008 Oct-15 AM 08:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| DONTA RUSSELL, also known as Salaam Al-Min El, ) ) ) | |
| Plaintiff ) ) | |
| vs. ) ) | Case No. 4:06-cv-01827-KOB-HGD |
| TOMMY HANDLEY and COI GLADDEN, ) ) ) ) | |
| Defendants ) | |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on September 19, 2008, recommending that the defendants' motion for summary judgment be granted and this cause be dismissed with prejudice. No objections have been filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED. The court EXPRESSLY FINDS that no genuine issues of material fact are present and that the defendants are entitled to judgment as

a matter of law. Accordingly, defendants' motion for summary judgment (Doc. #35) is due to be GRANTED and this action is due to be DISMISSED WITH PREJUDICE. Moreover, plaintiff's motion for summary judgment (Doc.#32) is due to be DENIED. A Final Judgment will be entered.

DONE this 15th day of October, 2008.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE